IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANCIS A. GRANDINETTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-746-M |
| | ) |
| DOMINION MANAGEMENT BROKERAGE, et al., | ) |
| | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

Plaintiff, a prisoner appearing *pro se,* brings this action pursuant to 42 U.S.C. § 1983, alleging a violation of his constitutional rights. United States District Judge Vicki Miles-LaGrange has referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. §636(b)(1)(B). For the reasons set forth herein, the undersigned recommends that the complaint be dismissed without prejudice, due to Plaintiff's failure to pay the filing fee.

By order of this Court dated July 9, 2007, Plaintiff was required to either pay the $350.00 filing fee or submit an application for leave to proceed *in forma pauperis* on or before July 30, 2007. On July 23, 2007, the undersigned granted Plaintiff an extension of this deadline until August 30, 2007. Plaintiff was advised that failure to pay the the filing fee or to submit the application could result in dismissal of this action without prejudice to refiling.

A review of the court file reveals that Plaintiff has not paid the filing fee nor filed an application for leave to proceed *in forma pauperis*. Therefore the undersigned recommends that this action be dismissed without prejudice. Local Civil Rule 3.4(a);

Cosby v. Meadors, 351 F.3d 1324 (10th Cir. 2003) (upholding dismissal of civil rights complaint based on noncompliance with orders requiring installments on the filing fee or to show cause for the failure to pay).

### **RECOMMENDATION**

Accordingly, because Plaintiff has neither paid the filing fee nor submitted his application for leave to proceed *in forma pauperis* as ordered by this court nor shown good cause for such failure, it is recommended that this action be dismissed without prejudice to refiling. Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by October 3, 2007, in accordance with 28 U.S.C. §636 and Local Civil Rule 72.1. Plaintiff is further advised that failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual and legal issues contained herein. Moore v. United States, 950 F.2d 656 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 13th day of September, 2007.

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE