**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| FRANCIS A. GRANDINETTI,            ) | |
| )                                       | |
| Plaintiff,       ) | |
| )                                       | |
| vs.                                    ) | Case No. CIV-07-746-M |
| )                                       | |
| DOMINION MANAGEMENT        ) | |
| BROKERAGE, et al.,                ) | |
| )                                       | |
| Defendants.     ) | |

## ORDER

On September 13, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this case recommending that this action be dismissed without prejudice to refiling because plaintiff has neither paid the filing fee, submitted his application for leave to proceed *in forma pauperis* as ordered, nor shown good cause for such failure. On September 24, 2007, plaintiff filed a "Motion to Enforce Order and Continue IFP Proceedings for Good Cause Shown." On October 4, 2007, this Court granted plaintiff's motion, directed plaintiff to file his application for leave to proceed *in forma pauperis* by October 30, 2007, and advised plaintiff that if he does not file said application by October 30, 2007, the Court will adopt the Report and Recommendation and will dismiss this action without prejudice to refiling. As of the date of this Order, plaintiff has not filed his application for leave to proceed *in forma pauperis* nor paid the filing fee.

Accordingly, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 13, 2007, and

(2)     DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 1st day of November, 2007.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE